IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN A. JOHNSON, | : | |
| Petitioner, | : | 1:16-cv-2168 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| DAVID J. EBBERT, | : | |
| Respondent. | : | |

## **ORDER**

**November 21, 2016**

NOW THEREFORE, upon preliminary review of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), *see* R. Governing § 2254 Cases R. 4, 1(b), and for the reasons set forth in the Court's memorandum of the same date, it is hereby ORDERED that:

1. The motion to proceed *in forma pauperis* (Doc. 4) is GRANTED for the sole purpose of the filing of the action.

2. The Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED without prejudice.

3. The Clerk of Court is directed to CLOSE this case and NOTIFY Petitioner.

s/ John E. Jones III
John E. Jones III
United States District Judge
